# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS PLASCENCIA,<br>        Plaintiff,<br><br>             v.<br><br>DOWNTOWN GRAND HOTEL<br>& CASINO, et al.,<br>        Defendants. | CV 18-4158 DSF (AFMx)<br><br>ORDER TO SHOW CAUSE<br>RE DISMISSAL |

      On November 15, 2018, this Court issued its TEXT ONLY ENTRY order to show cause requiring Plaintiff to respond in writing and attend a hearing to show cause why this action should not be dismissed for failure to prosecute. The hearing was scheduled for December 10, 2018 at 11:00 a.m. The order stated: "Failure to respond in writing or appear at the hearing will result in dismissal." Although Plaintiff responded in writing by way of the appearance of counsel, Plaintiff failed to appear at the hearing in person or through counsel. Further failures to comply with this Court's orders will likely result in sanctions.

Plaintiff is ordered to serve the summons and complaint no later than March 5, 2019 or this action will likely be dismissed or other sanctions will be imposed.

IT IS SO ORDERED.

Date: December 11, 2018

Dale S. Fischer
United States District Judge