JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JESUS PLASCENCIA,<br><br>          Plaintiff,<br><br>     vs.<br><br>DOWNTOWN GRAND HOTEL & CASINO, a Las Vegas Hotel & Casino; CIM GROUP, INC., a Nevada Corporation, DTG LAS VEGAS MANAGER, LLC, a Nevada Limited Liability Company; FIFTH STREET GAMING, a Nevada Limited Liability Company; KYLE MARTIN, an individual; MICHAEL McINTOSH, an individual; and SCOTT JAMES, an individual.<br><br>          Defendants. | Case No. 2:18-cv-04158-DFS-AFM<br>(The Hon. Dale S. Fischer)<br><br>**ORDER [117]** |

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that this action be, and hereby is dismissed with prejudice.

Dated: July 29, 2020

*Dale S. Fischer*
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE